(C.D. 4305)

DELAWARE MERCANTILE CORP. ET AL. *v.* UNITED STATES

Ports of New York and Chicago, Court Nos. 69/36369, etc. on wheel goods

(Dated December 15, 1971)

*Sharretts, Paley, Carter & Blauvelt* (*Charles P. Deem* of counsel) for the plaintiffs.

*L. Patrick Gray, III,* Assistant Attorney General (*Andrew P. Vance,* trial attorney), for the defendant.

RICHARDSON, Judge: Plaintiffs move under Rule 14.7(a) for an order suspending the actions enumerated in an attached Schedule A pending the final determination of *Oxford International Corp.* v. *United States,* protest 67/66628; and the motion is not opposed by the defendant. Plaintiffs' motion is disposed of as follows:

As to the actions enumerated in the attached Schedule A(1), the motion is dismissed without prejudice to a renewal thereof upon proper papers. The entry papers are not before the court, and appear not to have been received by the court from the custody of the regional commissioner of customs.

As to the actions enumerated in the attached Schedule A(2), the motion and the said actions are dismissed for prematurity by reason of the fact that in contravention of 19 U.S.C.A., section 1503(a) (section 503(a), Tariff Act of 1930, as amended by the Customs Simplification Act of 1953) the subject liquidations were not made upon a *final appraised value,* and as such, are void, liquidation in each instance having taken place within 60 days of the date of the appraiser's report. See *United States* v. *Boston Paper Board Co.,* 23 CCPA 372, T.D. 48233 (1936), and other cases cited in Memorandum to Accompany Order in *Lamb-Weston, Inc.* v. *United States,* protest 69/38803–10256, C.D. 4301, decided December 1, 1971. It is the duty of the regional commissioner or district director of customs, as the case may be, to liquidate the involved entries in the manner provided for by law so that plaintiffs may file a valid protest against said entries if they be so advised.

As to the actions enumerated in the attached Schedule A(3), the motion, being unopposed, and the court having jurisdiction, is granted, and said actions are suspended pending the final determination of the action entitled *Oxford International Corp.* v. *United States,* protest 67/66628.

SCHEDULE A(1)

Court Nos.

70/59920

70/60225

SCHEDULE A(2)

| Court Nos. | Court Nos. | Court Nos. |
|---|---|---|
| 69/36369 | 70/14002 | 70/36384 |
| 70/350 | 70/13997 | 70/50414 |
| 70/370 | 70/19487 | 70/52611 |
| 70/511 | 70/19489 | 70/58410 |
| 70/9592 | 70/36365 | 70/38675 (entries 513424, 513345 only) |
| 70/9606 | | 70/52313 (entries 100853, 109128 only) |

SCHEDULE A(3)

| Court Nos. | Court Nos. | Court Nos. |
|---|---|---|
| 70/30781 | 70/37771 | 70/38675 (entry 385562 only) |
| 70/30782 | 70/41538 | |
| 70/30784 | 70/58377 | 70/52313 (entry 114157 only) |
| 70/36357 | 70/55703 | |